1   BENJAMIN B. WAGNER
    United States Attorney
2   JARED C. DOLAN
    CHRIS S. HALES
3   KEVIN C. KHASIGIAN
    Assistant U. S. Attorney
4   501 I Street, Suite 10-100
    Sacramento, CA 95814
5   Telephone: (916) 554-2700

6   Attorneys for the United States

7

**FILED**

NOV -6 2015

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   2:15-CR-00126-MCE
                                          )
12          Plaintiff,                    )
                                          )   APPLICATION AND ORDER FOR MONEY
13          v.                            )   JUDGMENT
                                          )
14   CAPITAL SWEEPSTAKES SYSTEMS, INC., )
                                          )
15          Defendant.                    )
     _____ )

16          1.      On July 30, 2015, the United States and defendant Capital Sweepstakes Systems, Inc.,

17   entered into a plea agreement in which the defendant agreed to pay a forfeiture money judgment in the

18   amount of $1,600,000.00 pursuant to Fed. R. Crim. P. 32.2(b), 18 U.S.C. §§ 981(a)(1)(C), 981(a)(2)(B)

19   and 28 U.S.C. § 2461(c).

20          2.      As part of their plea agreement with the United States, defendant Capital Sweepstakes

21   Systems, Inc. agreed to forfeit voluntarily and immediately $1,600,000.00, as a personal money

22   judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the

23   parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of a violation

24   of 18 U.S.C. § 1955, to which they have pled guilty. See Capital Sweepstakes Systems, Inc.'s Plea

25   Agreement ¶ II.F.  The United States hereby applies for entry of a money judgment as follows:

26          3.      Pursuant to 18 U.S.C. § 981(a)(1)(C), 981(a)(2)(B), 28 U.S.C. § 2461(c), and Fed. R.

27   Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant

28
                                                       1                     Application and Order
                                                                             For Money Judgment

1  Capital Sweepstakes Systems, Inc. in the amount of $1,600,000.00. The money judgment shall be

2  satisfied fully with the funds seized by the United States in connection with *United States v.*

3  *Approximately $1,539,136.57, et al., 2:14-MC-00134-MCE-EFB* as follows:

4
       a.    Approximately $104,768.98 of the $283,254.08 seized from Wells Fargo Bank
5
            Account Number XXXXXX2466,

6
       b.    Approximately $74,003.44 seized from Wells Fargo Bank Account Number
            XXXXXX5591,

7
       c.    Approximately $41,527.78 seized from Wells Fargo Bank Account Number
            XXXXXX7603,
8

9
       d.    Approximately $2,572.81 seized from Wells Fargo Bank Account Number
            XXXXXX7229,

10
       e.    Approximately $8,741.55 seized from Nevada State Bank Account Number
11
            XXXXXX0904,

12
       f.    Approximately $189,924.04 seized from Nevada State Bank Account Number
            XXXXXX3143,

13
       g.    Approximately $365,442.11 seized from Nevada State Bank Account Number
            XXXXXX3150,
14

15
       h.    Approximately $289,136.57 seized from Wells Fargo Bank Account Number
            XXXXXX3247,

16
       i.    Approximately $98,120.66 seized from Wells Fargo Bank Account Number
17
            XXXXXX0017,

18
       j.    Approximately $3,643.68 seized from Wells Fargo Bank Account Number
            XXXXXX8108,

19
       k.    Approximately $404,561.37 of the $1,613,151.62 seized from Merrill Lynch
            Account Number XXXXXX4618, and
20

21
       l.    Approximately $17,557.01 seized from Five Star Bank Account Number
            XXXXXX7280.

22      4.    The above-referenced personal forfeiture money judgment is imposed based on defendant

23  Capital Sweepstakes Systems, Inc.'s conviction for violating 18 U.S.C. § 1955. Said amount reflects a

24  reasonable compromise between the parties for forfeiture purposes concerning the proceeds the

25  defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of

26  ///

27  ///

28  ///

                              Application and Order
                              For Money Judgment

conviction. Any funds applied towards such judgment shall be forfeited to the United States of America

and disposed of as provided for by law.

DATED: 10/22/2015                     BENJAMIN B. WAGNER
                                      United States Attorney


                                      /s/ Kevin C. Khasigian
                                      KEVIN C. KHASIGIAN
                                      Assistant U.S. Attorney



## O R D E R

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against

defendant Capital Sweepstakes Systems, Inc. in the amount of $1,600,000.00. Any funds applied

towards such judgment shall be forfeited to the United States and disposed of as provided for by law.

Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal

money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and

control.

        IT IS SO ORDERED.

DATED:  11·6·15

                                      MORRISON C. ENGLAND, JR.
                                      Chief United States District Judge